

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CONSUELO CERVANTES, | § | No. 08-20-00227-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| EL PASO HEALTHCARE SYSTEM, LTD. D/B/A DEL SOL MEDICAL CENTER, | § | of El Paso County, Texas |
|  | § | (TC# 2017DCV4175) |
| Appellee. | § |  |
|  | § |  |

**O R D E R**

On our own motion, and pursuant to TEX.R.APP.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. Accordingly, the Court vacates the oral argument setting of February 24, 2022, at 10:30 a.m., and this cause will be submitted **without** oral argument on that same date.

IT IS SO ORDERED this 27th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment